# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF THE PERSON AND
ESTATE OF BLAINE SULLIVAN ROSE,
DOB: 9/5/1952, A PROTECTED PERSON.

No. 74284

PEGGY SULLIVAN,

    Appellant/Cross-
    Respondent,

vs.

JOHN HULL,

    Respondent/Cross-
    Appellant,

vs.

BLAINE SULLIVAN ROSE,

    Respondent/Cross-
    Respondent.

**FILED**

MAR 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]In light of the above, respondent/cross-respondent's motion filed February 23, 2018, is denied as moot.

18-09589

cc: Hon. Frances Doherty, District Judge, Family Court Division
Shawn B. Meador, Settlement Judge
McDonald Carano LLP/Reno
Washoe Legal Services
Law Office of Ryan J. Earl
Washoe District Court Clerk